IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**QUITEZ LAMAR WATKINS,**

    Plaintiff,

v.                                                                                  Civil Action No. **3:21CV338**

**LARRY LEABOUGH,** *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on June 22, 2021, the Court conditionally docketed Plaintiff's action. On June 30, 2021, the institution where Plaintiff was incarcerated returned the inmate account form to the Court because Plaintiff was no longer in the facility. (ECF No. 4, at 1.) On July 6, 2021, the United States Postal Service also returned the June 22, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Inmate Released." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                           /s/
                                                         John A. Gibney, Jr.
                                                         United States District Judge

Date: 12 July 2021
Richmond, Virginia